956

JILL WILLIAMS et al., Respondents, v STATE OF NEW YORK, Appellant.

Submitted June 11, 2012; decided June 28, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 18 NY3d 981 (2012)].